# In the United States District Court
# For the MIDDLE District of Alabama

RUTHIE L. WINDSOR

                Plaintiff(s)

vs.

FRANCIS J. HARVEY, SECRETARY OF THE ARMY

                Defendant(s)

**SUMMONS**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION CASE NUMBER:

1:05CV 1196-B

TO DEFENDANT   U.S. Attorney, Middle District, 1 Court Square, Montgomery, Alabama 36104
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Henry L. Penick, H. L. Penick & Associates, P.C., 319 17th Street North, Birmingham, Alabama 35203
(Name and Address)

a response to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/20/05

Debbie P. Hackett, Clerk
By:
Deputy Clerk
(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

(If First Class Mail is utilized in service of complaint, use Form 18-A in lieu of reverse side of this summons)

NOTE: A separate summons must be prepared for each defendant.

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

# In the United States District Court
# For the MIDDLE District of Alabama

RUTHIE L. WINDSOR

                Plaintiff(s)

vs.

FRANCIS J. HARVEY, SECRETARY OF THE ARMY

                Defendant(s)

**SUMMONS**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION CASE NUMBER:

1:05CV1196-B

TO DEFENDANT: FRANCIS J. HARVEY, SECRETARY OF THE ARMY, PENTAGON, WASHINGTON, D.C. 20515
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Henry L. Penick, H.L. Penick & Associates, P.C., 319 17th Street North, Suite 200, Birmingham, AL 25203
(Name and Address)

a response to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/20/05

Debbie P. Hackett, Clerk

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN
(If First Class Mail is utilized in service of complaint, use Form 18-A in lieu of reverse side of this summons)

NOTE: A separate summons must be prepared for each defendant.

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101-0711

# In the United States District Court
# For the MIDDLE District of Alabama

RUTHIE L. WINDSOR

           Plaintiff(s)

vs.

FRANCIS J. HARVEY, SECRETARY OF THE ARMY

           Defendant(s)

SUMMONS

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION CASE NUMBER: 1:05CV1196-B

TO DEFENDANT   U.S. Attorney General, Eduardo Gonzalez, 10th Street & Constitution Avenue, NW, Washington, D.C. 20530
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Henry L. Penick, H.L. Penick & Associates, P.C., 319 17th Street North, Suite 200, Birmingham, AL 35023
(Name and Address)

a response to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/20/05

Debbie P. Hackett, Clerk
By: _____
Deputy Clerk
(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**
(If First Class Mail is utilized in service of complaint, use Form 18-A in lieu of reverse side of this summons)

NOTE: A separate summons must be prepared for each defendant.

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101