**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LAURA CANARY
    U.S. ATTORNEY
    ONE COURT SQUARE, STE 201
    MONTGOMERY, AL 36104

    SaC 05-1196

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Nancy Yarn                    ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Nancy Yarn                     12/21/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0007 8577 2523

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381