- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FRANCIS J HARVEY
SECRETARY OF THE ARMY
PENTAGON
WASHINGTON DC - 87355

A. Signature
X _____ ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   3 Jan 05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 2510 0000 8577 2547

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381