IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **1:05-CV-1196-MEF** |
| | ) |
| FRANCES J. HARVEY, Secretary of the Army, | ) |
| | ) |
|     Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on March 27, 2006, between the following participants:

   Henry L. Penick, Esq.
   Attorney for Plaintiff

   R. Randolph Neeley
   Attorney for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by April 26, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiff's claims and damages.

      2. All information pertaining to Defendants' defenses.

   b. All discovery commenced in time to be completed by November 15, 2006.

   c. There will be a maximum of 25 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by August 1, 2006, and from Defendants by September 16, 2006.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 45 days before the end of the discovery period.

4. **Other items.**

    a.    **Scheduling Conference**
    The parties do not request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
    The parties request a pretrial conference in January, 2007.

    c.    **Additional Parties, Claims and Defenses**
    The parties must join additional parties and amend the pleadings by May 15, 2006.

    d.    **Dispositive Motions**
    All potentially dispositive motions should be filed by September 13, 2006.

    e.    **Settlement**
    Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

  f. **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

  f. **Trial Date**
This case should be ready for trial by February 26, 2007, and at this time is expected to take approximately 3 days of trial time.

I hereby certify that both parties agree that the foregoing be submitted electronically to the Clerk of the Court by Defendants on this 28th day of March, 2006.

| | |
|---|---|
| s/Henry L. Penick | s/R. Randolph Neeley |
| Henry L. Penick, Esq. | R. Randolph Neeley |
| H.L. PENICK & ASSOCIATES, P.C. | Assistant United States Attorney |
| P.O. Box 967 | Post Office Box 197 |
| Birmingham, AL 35201-0967 | Montgomery, AL 36101-0197 |
| Tel: (205) 252-2538 | Tel: (334) 223-7280 |
| Fax: (205) 251-0231 | Fax: (334) 223-7560 |
| Attorney for Plaintiff | Attorney for Defendant |
| hlpenick@bham.rr.com | Rand.neeley@usdoj.gov |

### CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Henry L. Patrick, Esquire.

              s/R. Randolph Neeley
              Assistant United States Attorney