**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197

Telephone: 334/223-7280
Fax: 334/223-7560
Fin Lit Fax: 334/223-7201
Civil Fax 334/223-7418
Criminal Fax: 334/223-7135

August 23, 2006

**VIA FACSIMILE - (205) 251-0231**
**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
Henry L. Penick, Esq.
H.L. PENICK & ASSOC., P.C.
P.O. Box 967
Birmingham , AL 35201-0967

      Re:    Windsor v. Harvey
               Civil Action #:  01:05-cv-1196-MEF

Dear Mr. Penick:

    If my records are correct, I have not yet received any initial disclosures from you in the above-styled cause.  If same have been forwarded, please contact me so that we can discuss this issue further.

    Please note that by letter dated May 25, 2006 (copy enclosed), I forwarded the defendant's initial disclosures and requested that you forward the plaintiff's to me at your earliest convenience.  I would appreciate your initial disclosures in this matter as soon as possible.  If same are not received within 10 days of this letter, I will, regrettably, be left with no choice but to file a Motion to Compel same and / or take other measures that may be warranted under the circumstances.

    Finally, I propose to take Ms. Windsor's deposition in this matter on September 13, 2006.  I will forward a Notice of Deposition for same in the immediate future.  If this date is not convenient for you or Ms. Windsor, please contact me so that a mutually agreeable date may be arranged.

Henry L. Pencik, Esq.
August 23, 2006
Page 2

      If you have any questions, or if I may be of any assistance, please do not hesitate to contact me.

                Sincerely,

                FOR THE UNITED STATES ATTORNEY
                LEURA G. CANARY

                R. Randolph Neeley
                Assistant United States Attorney

Enclosure



U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

|  |  |
|---|---|
| One Court Square, Suite 201 | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36101-0197 | Fin Lit Fax: 334/223-7201 |
|  | Civil Fax 334/223-7418 |
|  | Criminal Fax: 334/223-7135 |

May 25, 2006

### *VIA FIRST CLASS MAIL*
Henry L. Penick, Esq.
H.L. PENICK & ASSOC., P.C.
P.O. Box 967
Birmingham, AL 35201-0967

      Re:   Windsor v. Harvey
             Civil Action #: 01:05-cv-1196-MEF

Dear Mr. Penick:

    It has come to my attention that we have not exchanged initial disclosures in this matter. Enclosed is a list of exhibits currently available to me, the most of which are not privileged or otherwise non-discoverable. These are available in my office at your convenience, or feel free to call me and we can work out getting them copied. Also attached is a list of potential witnesses that may have discoverable information to support our claims and defenses. Needless to say, we have no computation of damages nor is there any insurance available to satisfy any judgment against us.

    I would appreciate your initial disclosures in this matter as soon as convenient.

    If you have any questions, or if I may be of any assistance, please do not hesitate to contact me.

                                  Sincerely,

                                  FOR THE UNITED STATES ATTORNEY
                                  LEURA G. CANARY

                                  R. Randolph Neeley
                                  Assistant United States Attorney

Enclosures

FAX (205) 251-0231 Telephone:

## FACSIMILE TRANSMISSION COVER PAGE

TO:  Henry L. Penick, Esq.

FROM:  R. Randolph Neeley, Assistant United States Attorney

ORGANIZATION:  **United States Attorney, Middle District of Alabama**
**One Court Square, Suite 201, Montgomery, AL 36104**
**Telephone: 334/223-7280    FAX: 334/223-7560**

NO. OF PAGES:  ~~2~~ 3    (EXCLUDING THIS COVER SHEET)

CONTENTS:  Letter

NOTE:  If you do not receive the total number of pages indicated, please call the sending individual listed above.

### PRIVILEGED NOTICE

THE INFORMATION TRANSMITTED IN THIS TELEFAX MAY CONTAIN LEGALLY PRIVILEGED INFORMATION BELONGING TO THE SENDER.  THIS TELEFAX TRANSMISSION OF PRIVILEGED INFORMATION IS INTENDED TO BE USED ONLY BY THE PERSON OR AGENCY NOTED ABOVE.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE INFORMATION CONTAINED IN THIS TELEFAX IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS TELEFAX IN ERROR, PLEASE NOTIFY THE SENDER

---

\*\*\* Transmit Conf. Report \*\*\*

P.1        Aug 23 2006 16:39

| Fax/Phone Number | Mode | Start | Time | Page Result | Note |
|---|---|---|---|---|---|
| 912052251023 | NORMAL | 23,16:39 | 0'33" | 4 | # O K |

US ATTORNEY                Fax:3342237560

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
*Henry L. Penick, Esq*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.
*PO Box 967*
City, State, ZIP+4
*B'ham, AL 35201-0921*

PS Form 3800, July 1999    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry L. Penick, Esq.
H.L. PENICK & ASSOC., P.C.
P.O. Box 967
Birmingham, AL  35201-0967

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
   *Dana Adams*
B. Date of Delivery
   *8-30-06*

C. Signature
   X *Dan Adams*    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0009 2319 2400

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789