IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-1196-MEF |
| ) | |
| SECRETARY OF THE ARMY FRANCIS ) | |
| J. HARVEY, ) | |
| ) | |
|     Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative, to Compel (Doc. #11) filed on September 11, 2006, it is hereby

ORDERED that the motion to dismiss is DENIED and the motion to compel is GRANTED. The plaintiff shall supply the initial disclosures mandated by Federal Rule of Civil Procedure 26(a)(1) on or before **October 2, 2006** and file a notice of compliance indicating that they have made the required disclosures consistent with this Order.

DONE this the 18th day of September, 2006.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE