**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RUTHIE L. WINDSOR,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| V. | ) **CASE NO.: 1:05-CV-1196-B** |
| | ) |
| **FRANCIS J. HARVEY, Secretary of the Army,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## NOTICE OF COMPLIANCE

    Comes now, the Plaintiff and notifies the Court that she has complied with the Order on Initial Disclosures issued in this case.

Respectfully submitted,

/s/ Henry L. Penick
Henry L. Penick
H. L. PENICK & ASSOCIATES, P.C.
319 17th Street North, Suite 200
P.O. Box 967
Birmingham, AL 35201
(205) 252-2538

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the Initial Disclosure on this the 2nd day of October, 2006, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

/s/ Henry L. Penick