IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUTHIE L. WINDSOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv1196-MEF-DRB |
| | ) | |
| FRANCIS J. HARVEY, | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

**LIST OF EXHIBITS**

In support of his Motion to Dismiss, or in the Alternative Motion for Summary Judgment, the Defendant submits the following exhibits:

Def. Ex. 1.   Formal EEO Complaint, October 21, 2002

Def. Ex. 2.   OCI Transcript

Def. Ex. 3.   Declaration of COL David Cripps, October 16, 2006

Def. Ex. 4.   Formal EEO Complaint, January 31, 2001

Def. Ex. 5.   Negotiated Settlement Agreement (NSA)

Def. Ex. 6.   Plaintiff's Notice of Alleged Non-Compliance with NSA

Def. Ex. 7.   EEOCCRA Decision

Def. Ex. 8.   Plaintiff's Appeal to EEOC Office of Federal Operations (OFO)

Def. Ex. 9.   OFO Decision

Def. Ex. 10.  Plaintiff's Informal EEO Complaint

Def. Ex. 11.  Plaintiff's Amendment to Informal EEO Complaint

Def. Ex. 12.  Declaration of Shirly Southall

Def. Ex. 13.    Performance Evaluation for 2002

Def. Ex. 14.    Declaration of LTC Keith Darrow

Def. Ex. 15.    Ms. Windsor's Position Description

Def. Ex. 16.    Notice of Accepted Issues

Def. Ex. 17.    Huck Declaration

Def. Ex. 18.    Declaration of COL David Cripps, June 17, 2004

Def. Ex. 19.    Pen and Ink Changes to Position Description by Ms. Windsor

Def. Ex. 20.    Email from George Stinson to Ruthie Windsor

Def. Ex. 21.    Performance Evaluation for 2004

Def. Ex. 22.    Performance Evaluation for 2000

Respectfully submitted this the 24th day of October, 2006.

                      LEURA G. CANARY
                      United States Attorney

        By: s/R. Randolph Neeley
            R. RANDOLPH NEELEY
            Assistant United States Attorney
            Bar Number: 9083-E56R
            Post Office Box 197
            Montgomery, AL  36101-0197
            Telephone No.: (334) 223-7280
            Facsimile No.: (334) 223-7418
            **E-mail: rand.neeley@usdoj.gov**

OF COUNSEL:

Mr. Brian Bentley
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA 22203-1837
(703) 696-2504

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Henry L. Penick, Esq.

    /s/R. Randolph Neeley
Assistant United States Attorney