# EXHIBIT 11

Case 1:05-cv-01196-MEF-DRB    Document 14-13    Filed 10/24/2006    Page 1 of 2

**York, Patricia A**

| | |
|---|---|
| **From:** | York, Patricia A |
| **Sent:** | Friday, September 06, 2002 14:49 |
| **To:** | Keith Darrow (E-mail) |
| **Cc:** | Cripps, David B., COL |
| **Subject:** | Addendum to the Pre-complaint Intake Interview of 4 Sep 02 |

Sirs,

Ms. Windsor came in today and amended her complaint as follows:  **Page 3, PART III: BASIS OF COMPLAINT: is amended to include REPRISAL (RETALIATION)    31 Jan 01**

VR,

Pat