# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05cv1196-B |
| FRANCIS J. HARVEY, Secretary of the Army, | ) |
| Defendant. | ) |

## DECLARATION OF MS. SHIRLY SOUTHALL

I, Shirly Southall, declare that I am currently a government employee with the Fort Rucker Civilian Personnel Advisory Center located at Fort Rucker, Alabama. I make the following declaration in accordance with 28 U.S.C. § 1746. I am aware that this declaration may be filed in the U.S. District Court, Middle District of Alabama, and that this declaration is the legal equivalent of a statement under oath. I make this declaration based on my own personal knowledge as well as on information available to me in my official capacity. If called as a witness I would be competent to testify to the following facts:

1. I am currently the Human Resource Specialist for the Fort Rucker CPAC and have served in this capacity since May 1, 2006. In my official capacity, I have access to Defense Civilian Personnel Database System, which is the computer database system that tracks personnel actions for all employees serviced by this CPAC. I have accessed this system and reviewed the employment history of Mr. Rex. Donaldson, Jr., an Army employee of U.S. Army Aviation and Technical Test Center (ATTC) who works in the Data Systems Directorate, Data Processing Division.

2. Based upon the computer employment records available to this CPAC, which date back to 1998, Mr. Donaldson is currently serving in a GS-11 capacity and has not served in a higher grade than GS-11 (at least since 1998 through the present).

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief.

Executed this 24th day of October, 2006.

*Shirly Southall*
Ms. Shirly Southall

DEFENDANT'S
EXHIBIT NO. 12

CASE NO.
1:05-CV-1196-B