# EXHIBIT 13

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT

For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

## PART I - ADMINISTRATIVE DATA

**a. NAME** (Last, First, Middle Initial): WINDSOR, RUTHIE L.

**b. SSN:** [redacted]

**c. POSITION TITLE, PAY PLAN, SERIES AND GRADE:** IT Specialist (INFOSEC), GS-2210-11

**d. ORGANIZATION/INSTALLATION:** U.S. Army Aviation Technical Test Center, Fort Rucker, AL

**e. REASON FOR SUBMISSION:** [ ] ANNUAL  [X] SPECIAL  [ ] INTERN

**f. PERIOD COVERED (YYYYMMDD):** FROM 2002/09/08 THRU 2003/01/31

**g. RATED MOS.:** 4

**h. RATEE COPY** (Check one and date): [ ] GIVEN TO RATEE  [ ] FORWARDED TO RATEE

## PART II - AUTHENTICATION

**a. NAME OF RATER** (Last, First, Middle Initial): DARROW, KEITH R.
SIGNATURE: *Keith R. Darrow*  DATE: 26 FEB 03
**GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT:** LTC, U.S. Army Aviation Technical Test Center, Director, Test Support Directorate

**b. NAME OF INTERMEDIATE RATER** (Optional)(Last, First, MI):
SIGNATURE:  DATE:
GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT:

**c. NAME OF SENIOR RATER** (Last, First, Middle Initial)(If used): EAGERTON, LARRY E.
SIGNATURE: *Larry E. Eagerton*  DATE: 27 Feb 03
**GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT:** GS-15, U.S. Army Aviation Technical Test Center, Technical Director

**d. RATEE:** I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data.
SIGNATURE OF RATEE:  DATE:

## PART III - PERFORMANCE AWARD/QUALITY STEP INCREASE

| a. SES - AWARD, BONUS/ SALARY INCREASE | RECOMMENDATIONS | | | | b. ST, SL, GM, GS, WS - PERFORMANCE AWARD/QSI |
|---|---|---|---|---|---|
| | RATING (1) | SALARY (2) | PERFORMANCE AWARD BONUS (3) | | PERCENT OF SALARY (EXCLUDES Locality Pay)   % (OR) |
| | | | | | AMOUNT $ (OR) |
| RECOMMENDING OFFICIALS | | YES | NO | YES | NO | QSI (GS with Successful Level 1 Rating Only - minimum of 52 weeks must have elapsed since last QSI)    TO (Grade/Step): |
| RATER | | | | | | |
| INTERMEDIATE RATER | | | | | | AWARD APPROVED BY |
| PERFORMANCE REVIEW BOARD | | | | | | DATE (YYYYMMDD)   FUND CITE |
| SENIOR RATER | | ES | | $ | | |

## PART IV - DUTY DESCRIPTION (Rater)

**DAILY DUTIES AND SCOPE** (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct: [X] YES  [ ] NO

Serves as the test center's Information Systems Security Officer, alternate Information Management Officer, alternate Communications Security custodian, and Contracting Officer's Representative for hardware and software maintenance contracts. Enforces information security requirements and manages passwords/PINs. Coordinates with hardware and software vendors and serves as the purchasing agent for AIS-related items. Coordinates with DOIM for telephone network support. Establishes and monitors service contracts for cellular telephones, pagers, and phone cards. Responsible for the accountability of COMSEC materials, to include destruction verification.

## PART V - VALUES (Rater)

**VALUES**
- Loyalty
- Duty
- Respect
- Selfless service
- Honor
- Integrity
- Personal courage

**BULLET COMMENTS**

o Sincerely committed to performing all duties to the best of her ability

o Selflessly prioritizes the needs of her customers over competing demands

DEFENDANT'S EXHIBIT NO. 13

CASE NO. 1:05-CV-1196-B

DA FORM 7222, AUG 1998        PREVIOUS EDITION IS OBSOLETE.        USAPA V2.01

| PERIOD COVERED (YYYYMMDD) | RATEE'S NAME | SSN |
|---|---|---|
| 2002/09/08 - 2003/01/31 | WINDSOR, RUTHIE L. | |

## PART VI - PERFORMANCE EVALUATION (Rater)

**a. PERFORMANCE DURING THIS RATING PERIOD**

Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

- [ ] Excellence 75% or More Obj
- [X] Excellence 25-74% Obj
- [ ] Success All or Excellence 1-24% Obj
- [ ] Needs Improvement 1 or More Obj
- [ ] Fails 1 or More Obj

Includes Excellence in Org Mgt/Ldshp OR EEO/AA Obj for supv/mgr: [ ] Yes  [X] No

**b. BULLET EXAMPLES**

o Efficiently processed nearly 100 procurement actions for services and computer hardware/software

o Conscientiously maintained records associated with credit card purchases and consistently completed cardholder reconciliations prior to the suspense dates

o Developed and implemented a new procedure to preclude misperceptions regarding the execution of procurement actions

o Enhanced information systems security through positive control of passwords and personal identification numbers for over 300 clients

o Exceptional performance while gathering information to assemble the accreditation packet for ATTC's Mobile Telemetry Van

o Her excellent performance as alternate COMSEC custodian facilitated highly favorable results during an external inspection

o Consistently strives to improve the quality of customer service

o Provided valuable input for a revision to the test center's computer usage policy

o Served as Contracting Officer Representative for computer hardware and software maintenance contracts, ensuring continuous support for mission requirements

o Kept the supervisor well-informed of work status and problematic issues

## PART VII - INTERMEDIATE RATER (Optional)

BULLET COMMENTS

## PART VIII - SENIOR RATER (if used) or RATER (no senior rater used)

OVERALL PERFORMANCE RATING

- 1
- [X] 2 } SUCCESSFUL
- 3
- 4 FAIR
- 5 UNSUCCESSFUL (MUST Have Senior Rater Review)

## PART IX - SENIOR RATER (if used)

BULLET COMMENTS (Performance/Potential)

o Takes tremendous pride in performing her job.

o Conscientious about performing her duties.

o Gives her best at whatever she does.

A completed DA Form 7222-1 was received with this report and considered in my evaluation and review:
[X] YES  [ ] NO (Explain)

REVERSE, DA FORM 7222, AUG 1998                                                                USAPA V2.0