# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1196-B |
| ) | |
| FRANCIS J. HARVEY, ) | |
|    Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DECLARATION OF LIEUTENANT COLONEL (Ret.) KEITH DARROW

     I, Keith Darrow, declare that I am currently a government employee stationed at Redstone Arsenal, Alabama. In my previous capacity, I served as the Director of the Test Support Directorate at the U.S. Army Aviation Technical Test Center ("ATTC") at Fort Rucker, Alabama. I became the Director of the Test Support Directorate in May of 2002. I make the following (2) two page declaration in accordance with 28 U.S.C. § 1746. I am aware that this declaration may be filed in the U.S. District Court, Middle District of Alabama, and that this declaration is the legal equivalent of a statement under oath. I make this declaration based on my own personal knowledge as well as on information available to me in my official capacity. If called as a witness I would be competent to testify to the following facts:

1.     During my assignment as the Director of the Test Support Directorate, I became aware of Ms. Ruthie L. Windsor. From approximately May of 2002 through approximately January of 2003, I was Ms. Windsor's immediate supervisor. After a subordinate, previously vacant Division Chief position was filled and that person took over as Ms. Windsor's immediate supervisor, I became Ms. Windsor's second-level supervisor in approximately February of 2003.

2.     In approximately May of 2002, ATTC experienced an organization change that created the Test Support Directorate. Based upon this organizational change, many individuals where shifted around to new Divisions and Directorates, to include the information technology specialists (job series 2210 employees). Ms. Windsor was a GS-2210-11, and her position description indicated that her sub-specialty within the 2210 series was information security (INFOSEC). *See Attached Position Description for Ms. Windsor.* ATTC's other GS-2210s were not performing duties in the sub-specialty of information security and instead performed work in other 2210 series sub-specialties, such as data management and applications software. Unlike Ms. Windsor, their primary duties were associated with processing flight test data and managing real-time telemetry

operations during flight testing. Ms. Windsor's duties, which were related to information security, were substantially different than the duties of the other information technology specialists who were transferred as a result of ATTC's reorganization. Based upon Ms. Windsor's information technology specialist duties concentrating in information security, Ms. Windsor was assigned to the Test Support Directorate in 2002, while the other 2210 series employees were assigned to a separate Directorate which was responsible for flight test data management and data processing software applications.

3.      Ms. Windsor received a special performance appraisal for the period September 19, 2002 through January 17, 2003. She received an overall performance rating of "2" on a scale of "1" to "5." A score of "1" is the highest possible rating and a "5" is the lowest possible rating. Ratings of either "1," "2," or "3" are considered fully successful ratings. While Ms. Windsor's performance was completely satisfactory during this rating period, as evidenced by her receiving the second highest rating, her performance was not considered as excellent with regard to 75% or more of her performance objectives, which was the threshold for the highest overall performance rating, a "1."

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge.

Executed this 19th day of October, 2006.

*Keith Darrow* (signature)

LTC (Ret.) Keith Darrow