# EXHIBIT 15

# Position Description

**PD#:** EG127165                          **Replaces PD#:** EG14957
**Sequence#:** VARIES

## IT SPECIALIST (INFOSEC)

### GS-2210-11

**Installation:** FORT RUCKER AL                **Major Command:** VARIES
                                                **Region:** SOUTHEAST

**Citation 1:** JFS ADMINISTRATIVE WORK IN INFORMATION TECHNOLOGY GROUP, GS-2210, DTD MAY 2001

**PD Library PD:** NO
**COREDOC PD:** NO

**Classified By:** TRISH HUCK, SC CPOC
**Classified Date:** 09/04/2002

| | | |
|---|---|---|
| **FLSA:** EXEMPT | **Drug Test Required:** VARIES | **DCIPS PD:** NO |
| **Career Program:** 34 | **Financial Disclosure Required:** NO | **Acquisition Position:** NO |
| **Functional Code:** 00 | **Requires Access to Firearms:** VARIES | **Interdisciplinary:** NO |
| **Competitive Area:** VARIES | **Position Sensitivity:** VARIES | **Target Grade/FPL:** 11 |
| **Competitive Level:** VARIES | **Emergency Essential:** VARIES | **Career Ladder PD:** NO |

**PD Status:** VERIFIED

**Duties:**

The duties of this position require no specific leadership training.

MAJOR DUTIES

1. Serves as Computer Specialist in the Data Systems Directorate, Data Processing Division. Independently serves as the Information Systems Security Officer (ISSO). Advises management on all matters pertaining to Information Systems Security (ISS). Performs security evaluations including risk and vulnerability assessments and certification in the development of accreditation and re-accreditation documentation of all planned and installed ATTC Automated Information systems (AIS). Develops, plans, writes, implements, and enforces security policies, Standard Operating Procedures (SOPs), and guidelines that supplement the Information Systems Security regulations, and Department of the Army Information Security Program regulations and other pertinent security directives. Develops, writes, and implements, the information systems

DEFENDANT'S
EXHIBIT NO. 15

/s/

CASE NO.
1:05-CV-1196-B

contingency plan and disaster recovery procedure for ATTC AIS to ensure continued operations in the event of system failure. Understands and enforces the security requirements outlined in the above referenced regulations for ATTC, functional users, and other users connected to either the Terminal Server Access Control System (TSACS), Local Area Network (LAN), or network support test projects. Develops and implements programs to ensure that all AIS, LAN, and data users are aware of and adhere to security policies and procedures. Develops policies and procedures to support information systems reliability and accessibility, and to prevent and defend against unauthorized access to systems LAN and data. Conducts security Internet training/briefings to all ATTC military, civilian, and contractor personnel. Manages and controls all passwords pertaining to the TSACS, LAN and for the U.S. Army Test and Evaluation Coordination Office (TECO), contractor, and ATTC employees. Investigates and reports all security violations to the Information Systems Security Manager (ISSM). Ensures that an assistant ISSO has been appointed for each separate AIS, group of AIS, or network, as necessary. Attends security briefings, seminars, and classes to maintain up-to-date information of AIS security for AIS, hardware, software, personnel, and Internet access. Reviews and applies federal, DOD, DA, ATEC, DTC, and local regulations and policies to information systems and data communication requirements and projects. Develops Information Technology acquisition for all approved AIS hardware and software requirements for ATTC by coordinating with vendors and the contracting office at Aberdeen Proving Ground, MD. Obtains price quotes, submits bid solicitations, and acquires all Information Technology acquisitions for AIS hardware, software, and maintenance service agreement for ATTC via Government IMPAC credit card. Compiles and maintains a spreadsheet of all Information Technology procurements using excel for reporting to higher headquarters.
40%

2. Independently serves as the alternate Information Management Officer (IMO), for ATTC keeping the supervisor, Data Processing Division (IMO), abreast of and informed of all Information Management Area (IMA) requirements, both internal and external to ATTC. Signs all data and telecommunications requirements for the Commander, ATTC. Provides professional advice to ATTC management on all matters in the IMA. Initiates and manages all IMA requirements among ATTC managers, supervisors, contractors and the Director of Information Management (DOIM) U.S. Army Aviation Center (USAAVNC), Fort Rucker, and higher headquarters. Provides professional advice and assistance to ATTC managers, directors, supervisors, and contractors, on all security and policy matters in the IMA, which include planning, developing, coordinating, implementing, maintaining, and integration within ATTC. Represents the ATTC Commander by attending all IMO meetings. Prepares and gives information and decision briefings to the directors, security manager, and contractors. Has direct responsibility for all automated communications Management for ATTC. Develops, plans, writes, and implements ATTC needs justification for all data and communications requirements. Leads, directs, monitors, and coordinates the work of DOIM personnel assigned to implement ATTC requirements. Serves as ATTC Point of Contact (POC) to DOIM for the installation, transfer, or removal of all local telephone services, data lines, FAX lines, cables and communication lines at ATTC. Manages and controls all Personal Identification Numbers (PINs) for ATTC, which includes the implementation of additions, issues, deletions, transfers, retrievals, and reissues of PINs. Manages and controls all telephone credit cards, pagers, and cellular telephones for ATTC. Serves as System Administrator and technical authority for the operations of the Defense Message System (DMS). 25%

3. Independently performs duties as Contracting Officer Representative (COR). Reviews and submits statements of work (SOW) for all Information Technology (IT) hardware and software maintenance contracts. Independently prepares and submits technical specifications and salient characteristics for bid solicitations of all Information Technology (IT) hardware and software maintenance contracts. Provides pre-solicitation, solicitation, administrative and contractual support to functional users in the development of technical specifications and sole-source justifications for bid solicitations to Aberdeen Proving Ground (APG) for Information Technology

*102*

hardware and software acquisition, hardware and software maintenance contracts, and support service-type work, such as programming support. Manages and monitors the receipt of services and maintains complete and accurate account of the contractors performance, COR inspections, weekly progress reports and other related contractual matters for ATTC. Ensures that contractor services and performance are monitored, surveyed, and evaluated in accordance with the inspection of the Service Clause, and coordinates with the contracting officer at APG. As required, writes sole-source justifications, statements of work (SOW), and obtains unsolicited quotations for contractor services. Advises and assists the functional users, customers, contractor personnel, and management officials to determine requirements for hardware and software maintenance contracts, completion schedule, contract progress, and problems that could delay completion. Consults and coordinates with lead engineers, test managers, contractors, and supervisors to establish hardware and software characteristics and specifications to determine the proper tools to be procured in order for ATTC to meet their test objectives. Advises management of priorities and resources needed to meet schedules. Attends meetings on AIS maintenance contract matters to advise on ATTC requirements. Recommends requirements to management officials that will effectively meet the mission of ATTC. Analyzes AIS hardware, software, and contractual service contracts to ensure that required coverage is provided for computer hardware, software, and contractual services. Reviews efficiency of existing contracts as new hardware, software, and contractual service contracts become available. Provides documentation for modification of existing contracts to replace or improve existing contracts. Performs feasibility investigations of contract proposals and devises proposed changes, when possible, which involves completely new contracts or the adaptation and modification of previous contract services with revisions. Develops procurement packages for approved maintenance requirements by coordinating with vendors and the contracting office at APG. Evaluates vendor hardware, software, and services packages, recommends and implements changes as appropriate for ATTC. 25%

4. Assists in managing the Communications Security (COMSEC) account for ATTC by serving as alternate (COMSEC) Officer. Provides advice to personnel within ATTC and other DOD agencies and contractors on matters related to COMSEC such as establishing procedures, policies, and risk assessments to safeguard and protect the COMSEC keying material that will be used to support test projects and inspections. Exercises the responsibility for the receipt, custody, balances, transfer, accounting, and destruction of COMSEC material, and as such is directly responsible to the Chief, Data Processing Division, Director Data Systems Directorate, and the Commander, ATTC for the management and control of the COMSEC material held. 10%

Performs other duties as required.

Factor 1. Knowledge Required by the Position Level 1-7 1250 Pts

Employee must possess knowledge and skill in providing expert technical advice, guidance and recommendation to management and other specialists on critical Information Technology and Information Systems Security issues. Employee must possess knowledge and skills in applying system security certification and accreditation processes and requirements to certify AIS and LAN accreditation. Employee must possess the ability to write, implement and perform security certification and accreditation of ATTC AIS. Develops plans, writes, implements, and enforces AIS security policies. Develops, writes and implements Standard Operating Procedures and Continuity of Operations Plans (COOP) for ATTC AIS. Employee must possess knowledge of technical data terminology, and other characteristics of the work process or equipment pertinent to Automated Information Systems security. Employee must possess knowledge of Information Technology procurements policies/procedures. Ability to develop technical specification and other procurement documentation in support of hardware/software equipment and software associated with data acquisition and AIS projects. Employee must possess ability to read and interpret buildings data and communications wiring diagrams. Ability to interface orally and in writing with others to accomplish AIS related security, license compliance, procurement, data, Information

Technology, and COMSEC functions. Employee must possess knowledge of information systems security, budgeting, contracting, information management, and procurement.

Factor 2. Supervisory Controls Level 2-4 450 Pts

The supervisor outlines overall objectives and available resources. The employee and supervisor, in consultation, discuss timeframes, scope of the assignment including possible stages, and possible approaches. The employee exercises independent responsibility to determines the most appropriate principles, practices, and methods to apply in all phases of assignments, including the approach to be taken, degree of intensity, and depth of research in management advisories; frequently interprets regulations and policies on his/her own initiative, applies new methods to resolve complex and/or intricate, controversial, or unprecedented issues and problems, and resolves AIS conflicts that arise; and keeps the supervisor informed of progress and of potentially controversial matters. Completed work is reviewed from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected result. The supervisor normally accepts work without significant change.

Factor 3. Guidelines Level 3-3 275 Pts

The employee uses guidelines and precedents that are very general regarding agency policy statements and objectives. Guidelines specific to assignments are often scarce, inapplicable or have gaps in specificity that require considerable interpretation and/or adaptation for application to issues and problems. Independent judgment is required in researching, developing, modifying, interpreting and applying available guidelines for adaptation to specific complex and/or intricate problems or issues. Employee must be able to recognize those situations which fall outside of established guidelines and refers problems to supervisor. Unusual matters are referred to the supervisor with recommended solutions.

Factor 4. Complexity Level 4-4 225 Pts

The work consists of a variety of duties requiring application of many different and unrelated processes and methods to a broad range of Information Technology activities or to the in-depth analysis of information technology issues. The employee decides what needs to be done by conducting extensive investigation and analysis of largely undefined factors and conditions to determine the nature and scope of problems and to devise solutions. Requirements will frequently necessitate the independent coordination and completion of several diverse tasks within the same time frame. Independent research will be required on occasion to establish new procedures, practices, or to resolve problems.

Factor 5. Scope and Effect Level 5-3 150 Pts

The work involves writing, maintaining, implementing and performing security evaluations including risk and vulnerability assessments and certification in the development of accreditation or re-accreditation documentation of all planned and installed ATTC (AIS). Work contributes to ensuring the confidentiality, integrity, and availability of ATTC Local Area Network (LAN) data. Work also results in the continuing accessibility and availability of a variety of mission critical applications.

Factor 6. Personal Contacts and Factor 7. Purpose of Contacts
Level 3b 110 Pts

Contacts are with functional user within ATTC and other agencies. Employee also has personal contact with AIS hardware and software vendors and contractor representative, professional experts of various disciplines, ATTC managers, directors, engineers, contractors, and supervisors, private industry contractors, Fort Rucker DOIM, DTC installation, ATEC headquarters and other

high level personnel outside the organization, recognized and initiated as needed. The primary purposes of contacts are for consultation, develop information, plan, coordinate or provide advice on work efforts, obtain guidance or coordinate the Information System Security program. Purpose of internal contacts would be to brief ATTC personnel on AIS security and Information Technology issues and to advice ATTC directors, managers and supervisors and contractors on AIS security. Purpose of contact with DTC installation and ATEC headquarters would be to address AIS security issues, Information Technology, and COR instructions and information exchange. Purpose of Fort Rucker DOIM contacts would be for the coordination, installation, removal or repair of ATTC data and communications lines and/or equipment. The purposes of contact with vendors are to acquire price quotes bid solicitation for Information Technology (IT) requirements.

Factor 8. Physical Demands Level 8-1 5 Pts

This is sedentary by nature. Although some slight physical effort may be occasionally required.

Factor 9. Work Environment Level 9-1 5 Pts

The work is generally performed in a climate controlled office atmosphere, with minimal risk of injury evident. Frequent use of a personal computer will be required.

NOTE: Performs temporary duty away from Fort Rucker as directed.

TOTAL POINTS: 2470
GRADE CONVERSION: GS-11

**Evaluation:**

FLSA EVALUATION OUTLINE

____Foreign Exemption

____Executive Exemption

____Exercises appropriate supervisory responsibility (primary duty)

____Customarily and regularly exercises independent judgment

____80% test, if applicable (GS-5/6; Sit I & 2 WS supervisors; law enforcement & firefighter supervisors thru GS-9)

_X__Professional Exemption

_X__Professional work (primary duty)

_X__Intellectual and varied work (more than dealing with procedures/precedents)

_X__Discretion & independent judgment

____80% test, if applicable (This virtually never applies since GS-5/6 positions are trainees and other eligible employees are not professional)

____Administrative Exemption

____Primary duty

Position Descripti

___Policy or
___Management or general business or supporting services or
___Participation in the executive/administrative FUNCTIONS of a management official

___Nonmanual work test
___intellectual and significant (more than dealing with procedures/precedents), or
___specialized & technical in nature requiring considerable training/experience

___Discretion & independent judgment

___80% test, if applicable

Comments/Explanations (State which major duties/job functions are Exempt):

CONCLUSION: EXEMPT.

*106*

/search_fs_output.asp?ccpo=EG&jobnum=127165&id=19890   10/7/02