# EXHIBIT 16



**DEPARTMENT OF THE ARMY**
HEADQUARTERS UNITED STATES ARMY AVIATION CENTER
FORT RUCKER ALABAMA 36362-5000

REPLY TO
ATTENTION OF
ATZQ-EEO                                                    21 April 2004

Memorandum for: Department of Defense, Civilian Personnel Management Service, Office of Complaint Investigations, The Atrium, 2400 Herodian Way, Suite 240, Smyrna, GA 30080

SUBJECT: Request for Assignment of Investigator for the Complaint of

    Ruthie Windsor
       v. R. L. Brownlee, Acting, Secretary of the Army,
    DA Docket Number: ARRUCKER04SEP0013

1. Request the assignment of an investigator to conduct an investigation of subject complaint. Enclosed is a copy of the complaint file. Please note that this is a **remand**. In accordance with the remand order an investigation must be conducted with a Report of Investigation (ROI) issued no later than September 6, 2004. **Request that this complaint receive top priority.**

2. The following claim(s) have been accepted for investigation:

   a. Whether because of her race (Black) and reprisal (previous EEO activity) on August 20, 2002 Ms. Windsor was informed by her supervisor LTC Keith Darrow, Director, Test Support Directorate, U.S. Army Aviation Technical Test Center and COL David Cripps, Commander, U.S. Army Technical Test Center that the duties she was performing did not warrant a promotion.

   3. Complainant's mailing address and telephone numbers are: 402 Grandpine Drive, Enterprise, Alabama 36330, home number (334) 393-4452, work number (334) 255-8074.

4. Complainant has not notified this office of her designation of a representative.

5. The agency representative in this complaint is Ms. Annie Hinkebein, Office of the Staff Judge Advocate, Building 5700, 3rd Floor, Fort Rucker, Alabama, work number (334) 255-3308, DSN 558-3308, Fax (334) 255-1869, e-mail address (hinkebeinae@rucker.army.mil).

DEFENDANT'S
EXHIBIT NO. 16

CASE NO.
1:05-CV-1196-B

51

SUBJECT: Request for Assignment of Investigator for the Complaint of

6. Fund citation for payment of investigative services is enclosed.

7. Point of contact for this action is Melissa Harry, EEO Specialist, work number (334) 255-2061 DSN 558-2061, Fax number (334) 255-9524 and email address harrym@rucker.army.mil.

*Timothy J. Knighton*
TIMOTHY J. KNIGHTON
Equal Employment
Opportunity Office

Enclosures
1. Complaint file
2. Fund citation

CF:
Agency representative

52