# EXHIBIT 19

*[Handwritten annotations at top: "Mr. Stinson's (X) initial (original) / Windsor Ave. Doc Files, RW / 28 May 2002 / I added the pen ink changes as shown herein"]*

MAJOR DUTIES

1. Serves as Computer Specialist in the Data Systems Directorate, Data Processing Division. Serves as the Data Systems Directorate Information Systems Security Officer (ISSO). Advises ATTC management on all matters pertaining to Information Systems Security (ISS). Performs security evaluations including risk and vulnerability assessments and certification in the development of accreditation or re-accreditation documentation of all planned and installed ATTC Automated Information Systems (AIS). Develops, plans, writes, implements, and enforces security policies, Standard Operating Procedures (SOPs) and guidelines that supplement the ISS regulations and Department of the Army Information Security Program regulations and other pertinent security directives. Develops, plans, writes, and implements, the information systems contingency plan and disaster recovery procedure for ATTC AIS to ensure the continued operations in the event of system failure. Understands and enforces the security requirements as outlined in the above referenced regulations for ATTC, functional users, and other users connected to either the Terminal Server Access Control Systems (TSACS) or Local Area Network (LAN), or network support test projects. Develop and implement programs to ensure that all AIS, LAN, and data users are aware of and adhere to security policies and procedures. Develop policies and procedures to ensure information systems reliability and accessibility, and to prevent and defend against unauthorized access to systems LAN and data. Conducts security Internet training/briefings to all ATTC military, civilian, and contractor personnel. Manages and controls all passwords pertaining to the TSACS and the LAN for Test and Evaluation Coordination Office (TECO), contractor and ATTC employees. Investigates and reports all security violations to the Information Systems Security Manager (ISSM). Ensures that an assistant ISSO has been appointed for each separate AIS, group of AIS, or network, as necessary. Attends security briefings, seminars, and classes to maintain up-to-date information of AIS security for AIS, hardware, software, personnel, and Internet access. Reviews and applies federal, DOD, DA, ATEC, DTC and local regulations and policies to information systems and data communication requirements and projects. Develops Information Technology (IT) acquisition for all approved AIS hardware and software requirements for ATTC by coordinating with ATTC AIS requestor, vendors and the contracting office at Aberdeen Proving Ground, MD. Obtains price quotes, submits bid solicitations, and acquires all Information Technology (IT) acquisitions for AIS hardware, software, and maintenance service agreements for ATTC via Government IMPAC credit card. ~~Maintains records~~ of all IT procurements, for reporting ~~purposes~~ to higher headquarters. *[handwritten: Compiles and maintain a Spread Sheet using Excel]*                          40%

2. Serves as the alternate Information Management Officer (IMO), keeps the Chief, Data Processing Division (IMO) abreast and informed of all Information Management Area (IMA) requirements both internal and external

*[stamp: 154]*

DEFENDANT'S EXHIBIT NO. 19
CASE NO. 1:05-CV-1196-B

ENCL 1

*[handwritten at top: And the JTAODC Director of Information management (DOIM)]*

to ATTC. Signs for the Commander ATTC for all telecommunications requirements. Provides professional advice to ATTC management on all matters in the IMA. Initiates and manages IMA requirements among ATTC managers, supervisors, contractors and higher headquarters. Provides professional advice and assistance to ATTC managers, directors, supervisors, and contractors on all security and policy matters in the IMA, which includes planning, developing, coordinating, implementing, maintaining, and integration within ATTC. Represents ~~ATTC~~ *[handwritten: the ATTC Commander]* by attending all IMO meetings ~~when the IMO cannot attend~~. Prepares and gives information and decision briefings to the directors, security manager, and contractors. Has direct responsibility for all Telecommunications Management for ATTC. Directs, monitors and coordinates the work of DOIM personnel assigned to implement ATTC requirements. Serves as ATTC POC to DOIM for the installation, transfer, or removal of all local telephone services, data lines, FAX lines, cables and communication lines at ATTC. Manages and controls all Personal Identification Numbers (PINs) for ATTC, which includes the implementation of additions, issues, deletions, transfers, retrieves, and reissues of PINs. Manages and controls all Telephone Credit Cards, Pagers, and Cellular Telephones for ATTC. Serves as the system administrator for the Defense Message System (DMS).    25%

3. *[handwritten: Independently]* Perform duties as Contracting Officer Representative (COR). *[handwritten: Independently prepares]* ~~Reviews~~ and submits ~~statements of work (SOW)~~ *[handwritten: Technical specifications and solicitations for bid solicitation]* for all Information Technology (IT) hardware and software maintenance contracts. Provides presolicitation, solicitation, administrative, and contractual support to functional users in the development of technical specifications and sole-source justification for bid solicitations to APG for IT hardware acquisition, software acquisition, hardware and software maintenance contracts and support service-type work such as programming support. Manages and monitors the receipt of services and maintains complete and accurate account of the contractor's performance, COR inspections, weekly progress reports and other related contractual matters for ATTC. Ensures that contractor services and performance are monitored, surveyed, and evaluated in accordance with the inspection of the Service Clause, and coordinates with the contracting officer at APG. As required, *[handwritten: Writes/Reviews]* ~~reviews~~ sole-source justifications, statements of work (SOW), and unsolicited quotations for contractor services. ~~Advises and assists~~ the functional users, customers, contractor personnel, and management officials to determine requirements for hardware and software maintenance contracts, completion schedule, contract progress, and problems that could delay completion. ~~Advises~~ *[handwritten: Consults]* management of priorities and resources needed to meet schedules. ~~Attends~~ *[handwritten: coordinates with COR engineers, first mangers, contractors and customers to establish schedules. As required]* meetings on AIS maintenance contract matters to advise on ATTC requirements. Analyzes AIS hardware, software, and *[handwritten: contracted]* service contracts to ensure that required coverage is provided. Reviews efficiency of existing contracts as new hardware, software, and contractual service contracts become available. Provides documentation for modification of existing contracts to replace or improve existing contracts. Performs feasibility

*[handwritten at bottom: ...to determine the best tools to be procured in order for ATTC to]*

**155**

investigations of contract proposals and devises proposed changes, when possible, which involves completely new contracts or the adaptation and modification of previous contract services with revisions. Develops procurement packages for approved maintenance requirements by coordinating with vendors, and the contracting office at APG. *Evaluates Vendor hardware, software and service packages, recommends and implements appropriate changes for ATTC* 25%

4. Assists in managing the Communications Security (COMSEC) account for ATTC by serving as alternate (COMSEC) Officer. Provides advice to personnel within ATTC, and other DOD agencies and contractors on matters related to COMSEC such as establishing procedures, policies, and risk assessment to ~~Prepares reports and documents in support of test projects and inspections.~~ *safeguard and protect the COMSEC keying material that will be used to support test projects and instructions.* Exercises the responsibility for the receipt, custody, balances, transfer, accounting, and destruction of COMSEC material, and as such is directly responsible to the Chief, Data Processing Division, Director Data Systems Directorate and the Commander for the management and control of the COMSEC material held. 10%

5. Performs other duties as assigned.

Factor 1. Knowledge Required by Position

Must have knowledge of both content and application of ATTC, higher command, and Department of Defense Information Systems Security (ISS) security regulations and practices. Knowledge of applicable computer security accreditation/re-accreditation procedures as well as mandatory plans and reports relating to AIS security issues. Knowledge of Standard Operation Procedures (SOP), command directives, etc., that are issued to supplement AIS security regulations. Knowledge of proper procedures and paperwork required in acquisition and maintenance of local LAN and TSACS passwords. Knowledge of AIS security risk assessment and evaluation techniques used in both government and private industry. Knowledge of government regulations concerning the licensing and use of COTS software. Ability to determine licensing requirements for new and existing COTS software. Knowledge of accepted disposal techniques for government AIS equipment, to include COTS. Understanding of requirements, guidelines, and regulations governing use of Government credit card for AIS procurements. Ability to manage government credit card account. Understanding of government procurement procedures and regulations, especially as relating to the procurement of AIS equipment. Knowledge of applicable COMSEC regulations and procedures. Ability to assist in determination of COMSEC requirements for test support. Ability to use personal computers and relevant software applications in the performance of duties. Ability to interface orally and in writing with others to accomplish AIS related security, license compliance, procurement, telecommunications and COMSEC functions. Apply strong organizational skills in the creating/maintaining/disposing of records relating to AIS

156

security, license compliance, procurement, telecommunications management and COMSEC. *Ability to read and interpret building data & communication diagrams.*

## Factor 2. Supervisory Controls Level

Supervisor sets overall objectives, and in consultation with employee, determines time frames. The employee is responsible for planning and carrying out the work, resolving most of the conflicts that arise, integrating and coordinating the work of others as necessary, and interpreting policy on own initiatives in terms of established objectives. The supervisor is kept informed of progress, potentially controversial matters, or those with far reaching implications. Completed work is reviewed from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected results.

## Factor 3. Guidelines

Guidelines primarily consist of Department of Defense, higher command, and internal regulations, handbooks, established procedures, and other applicable government regulations. These are to be interpreted in conjunction with guidance by the ISSM, IMO, COMSEC officer, and procurement officials. Judgment must be exercised in determining applicable regulations and procedures as well as determining precedence in case of apparent conflicting guidelines. Other guidelines will consist of accepted practices, procedures, standards, etc. from private industry that are germane to AIS issues, as well as supervisory policy documents.

## Factor 4. Complexity

Assignments typically involve following established procedures for mission accomplishment; however, requirements will frequently necessitate the independent coordination and completion of several diverse tasks within the same time frame. Independent research will be required on occasion to establish new procedures and practices. Independent authorship of documentation will be required with supervisory review and edit prior to forwarding to higher command.

## Factor 5. Scope and Effect

The purpose of the work is to assist appropriate ATTC officials in developing, coordinating, and maintaining plans, procedures, and procurements that will effect all AIS and telecommunications usage ATTC. These plans and procedures will form the basis of ensuring ATTC compliance with higher headquarters regulations for AIS. Timeliness and accuracy of AIS procurements will have indirect and occasionally direct impact on ability of AIS to support testing and business processing.


157

missions. Management and coordination of telecommunications will have indirect impact on technical and business missions at ATTC. COMSEC duties, when called upon, will have direct impact on ability of ATTC to meet some aspects of its testing mission.

Factor 6. Personal Contacts and Purpose of Contacts

Personal contacts will primarily consist of persons in the immediate ATTC organization, with occasional contacts with personnel from other Developmental Test Command installations and DTC Headquarters. Frequent contacts with working level personnel at Ft. Rucker DOIM will be required. Frequent contacts with commercial vendors will also be required. Purpose of internal contacts would be to brief ATTC personnel on security or telecommunications issues, and to advise ATTC supervisory positions on AIS security. Purpose of contacts with peer DTC installations and DTC headquarters would be to primarily work AIS security and or telecommunications issues. Purpose of Ft. Rucker DOIM contacts would be for the installation, removal, or repair of ATTC telecommunications lines and/or equipment. Purpose of contacts with vendors is to effect procurement of AIS equipment.

Factor 8. Physical Demands

The is sedentary by nature. Although some slight physical effort may be occasionally required.

Factor 9. Work Environment

The work is primarily performed in a climate controlled office atmosphere, with minimal risk of injury evident. Frequent use of a personal computer, with keyboard entry, will be required.

NOTE: Performs temporary duty away from Ft. Rucker as directed.

5

158