# EXHIBIT 20

Windsor, Ruthie

From: Stinson, George
Sent: Tuesday, May 28, 2002 12:38 PM
To: Windsor, Ruthie
Cc: Darrow, Keith
Subject: Position Description

Ruthie,

Per the EEOC order to the agency I have to complete the action on your position description.

Please review attached.

Please go ahead and change the attached as necessary. Please highlight your changes.

Please send back to me by Thursday of this week. Once done we will discuss and forward to CPOC.

Thanks,
GEORGE D. STINSON
Adjutant/Director, Resources & Personnel
U.S. Army Aviation Technical Test Center
DSN 558-8002
COMM 334-255-8002
george.stinson@attc.army.mil
www.attc.army.mil

windsor.five.doc

DEFENDANT'S
EXHIBIT NO. 20

CASE NO.
1:05-CV-1196-B

ENCL 5