# EXHIBIT 21

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT
For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

## PART I - ADMINISTRATIVE DATA

**a. NAME (Last, First, Middle Initial):** WINDSOR, Ruthie
**b. SSN:** [redacted]
**c. POSITION TITLE, PAY PLAN, SERIES AND GRADE:** IT Specialist (INFOSEC), GS-2210-11
**d. ORGANIZATION/INSTALLATION:** Test Support Directorate, U.S. Army Aviation Technical Test Center, Fort Rucker, AL 36362-5276
**e. REASON FOR SUBMISSION:** [X] ANNUAL   [ ] SPECIAL   [ ] INTERN
**f. PERIOD COVERED (YYYYMMDD):** FROM 2003/11/01 THRU 2004/10/31
**g. RATED MOS.:** 12
**h. RATEE COPY (Check one and date):** [ ] GIVEN TO RATEE   [ ] FORWARDED TO RATEE

## PART II - AUTHENTICATION

**a. NAME OF RATER (Last, First, Middle Initial):** JENKINS, Paul L.
SIGNATURE: [signed Paul Jenkins]   DATE: 24 Nov 04
**GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT:** GS-13, U.S. Army Aviation Technical Test Center, Chief Information Systems Division

**b. NAME OF INTERMEDIATE RATER (Optional)(Last, First, MI):**
SIGNATURE:    DATE:
**GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT:**

**c. NAME OF SENIOR RATER (Last, First, Middle Initial)(If used):** DARROW, Keith R.
SIGNATURE: [signed Keith R Darrow]   DATE: 5 DEC 04
**GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT:** GS-15, U.S. Army Aviation Technical Test Center, Director, Test Support Directorate

**d. RATEE:** I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data.
SIGNATURE OF RATEE: Due to ongoing EEO litigation, I Ruthie decline to sign. rw
DATE:

## PART III - PERFORMANCE AWARD/QUALITY STEP INCREASE

| RECOMMENDING OFFICIALS | RATING (1) | SALARY (2) YES / NO | PERFORMANCE AWARD - BONUS (3) YES / NO |
|---|---|---|---|
| RATER | | | |
| INTERMEDIATE RATER | | | |
| PERFORMANCE REVIEW BOARD | | | |
| SENIOR RATER | | ES    $ | |

**a. SES - AWARD, BONUS/SALARY INCREASE**
**b. ST, SL, GM, GS, WS - PERFORMANCE AWARD/QSI**
PERCENT OF SALARY (EXCLUDES Locality Pay)    % (OR)
AMOUNT $
QSI (GS with Successful Level 1 Rating Only - minimum of 52 weeks must have elapsed since last QSI)
TO (Grade/Step):
AWARD APPROVED BY
DATE (YYYYMMDD)    FUND CITE

## PART IV - DUTY DESCRIPTION (Rater)

**DAILY DUTIES AND SCOPE** (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct: [X] YES  [ ] NO

Serves as the test center's Information Assurance Security Officer, alternate Information Management Officer, alternate Communications Security custodian, and Contracting Officer's Representative for hardware and software maintenance contracts. Enforces information security requirements and manages passwords/PINS. Coordination with hardware/software vendors while serving as the purchasing agent for AIS-related items. Coordination with DOIM for telephone/network support. Establishes and monitors service contracts for cellular telephones, pagers, and phone cards. Responsible for the accountability of COMSEC materials, to include destruction verification. Responsible for writing and gathering of requirements for DITSCAP certification process for IT related items in the test center. Provides coordination for DMS between DOIM and security office.

## PART V - VALUES (Rater)

**VALUES**
- Loyalty
- Duty
- Respect
- Selfless service
- Honor
- Integrity
- Personal courage

**BULLET COMMENTS**
* Overcomes frustrating circumstances to achieve goals
* Performs most work independently
* Direct, straightforward, and honest

DEFENDANT'S EXHIBIT NO. 21

CASE NO. 1:05-CV-1196-B

DA FORM 7222, AUG 1998    PREVIOUS EDITION IS OBSOLETE.    USAPA V2.01

| PERIOD COVERED (YYYYMMDD) 2003/11/01 - 2004/10/31 | RATEE'S NAME WINDSOR, Ruthie | SSN |
|---|---|---|

## PART VI - PERFORMANCE EVALUATION (Rater)

**a. PERFORMANCE DURING THIS RATING PERIOD**

Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

- [X] Excellence 75% or More Obj
- [ ] Excellence 25-74% Obj
- [ ] Success All or Excellence 1-24% Obj
- [ ] Needs Improvement 1 or More Obj
- [ ] Fails 1 or More Obj

Includes Excellence in Org Mgt/Ldshp OR EEO/AA Obj for supv/mgr   [ ] Yes   [X] No

**b. BULLET EXAMPLES**

* Rapidly created folders and sub-folders for changes to the information technology procurement process.

* Resourcefully processed over 100 procurement requests for computer hardware/software, telecommunications and service contracts.

* Developed a new way to provide annual training to the test center through the use of software based application. This will allow for on-line training of test center common users in the area of Information Assurance.

* Exceptional performance in assisting other directorates in the completion of the Defense Information Technology Security Certification and Accreditation Processes (DITSCAP) for the Distributed Test Control Center(DTCC) and the Common Missile Warning System (CMWS).

* Excelled in providing information systems security to over 300 users by implementing an aggressive password rotation plan every 90 days. This rotation insures that the test centers assets are secure from outside/inside intrusion attempts.

* Her superb performance as the alternate COMSEC custodian allowed for the test center's continued excellence in the external inspection process.

* Received accolades from higher headquarters on the Information Assurance program.

* Continues to provide excellent support in the area Contracting Officer Representative for the test centers computer hardware/software. Her support allows for the center to compete in the aviation testing arena.

* Consistently involves supervisor in areas that are classified as problematic allowing for quick resolution.

## PART VII - INTERMEDIATE RATER (Optional)

BULLET COMMENTS

## PART VIII - SENIOR RATER (if used) or RATER (no senior rater used)

OVERALL PERFORMANCE RATING

- [X] 2 } SUCCESSFUL
- [ ] 3
- [ ] 4   FAIR
- [ ] 5   UNSUCCESSFUL (MUST Have Senior Rater Review)

## PART IX - SENIOR RATER (if used)

BULLET COMMENTS (Performance/Potential)

* Her diligent efforts to achieve exceptional job performance across her various areas of responsibility have yielded substantial benefits for the test center.

* Her increased emphasis upon top-quality customer service has relieved overburdened test team personnel of many trivial IT-related concerns.

* Demonstrates potential for continued government service in the critical field of information security.

A completed DA Form 7222-1 was received with this report and considered in my evaluation and review:
[X] YES   [ ] NO (Explain)

REVERSE, DA FORM 7222, AUG 1998                                                    USAPA V2.01