# EXHIBIT 22

# SENIOR SYSTEM CIVILIAN EVALUATION REPORT
For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

A.(1).01/22/01

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|---|
| WINDSOR, RUTHIE L. | [redacted] | COMPUTER SPECIALIST, GS-0334-11 |

| d. ORGANIZATION/INSTALLATION | e. REASON FOR SUBMISSION |
|---|---|
| U.S. Army Aviation Technical Test Center, Fort Rucker, Alabama | [X] ANNUAL  [ ] SPECIAL  [ ] INTERN |

| f. PERIOD COVERED (YYYYMMDD) | g. RATED MOS. | h. RATEE COPY (Check one and date) |
|---|---|---|
| FROM 1999/11/01 THRU 2000/10/31 | 10 | [X] GIVEN TO RATEE 12-8-00  [ ] FORWARDED TO RATEE |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| MARTIN, LARRY K. | /s/ Larry Martin | Dec 8, 2000 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
GS-14, U.S. Army Aviation Technical Test Center, Director, Data Systems Directorate

| b. NAME OF INTERMEDIATE RATER (Optional)(Last, First, MI) | SIGNATURE | DATE |
|---|---|---|
| | | |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT

| c. NAME OF SENIOR RATER (Last, First, Middle Initial)(if used) | SIGNATURE | DATE |
|---|---|---|
| EAGERTON, LARRY K. | /s/ Larry E. Eagerton | Dec 8, 2000 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
GS-15, U.S. Army Aviation Technical Test Center, Technical Director

| d. RATEE: I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data. | SIGNATURE OF RATEE | DATE |
|---|---|---|
| | /s/ Ruthie Windsor | Dec 8, 2000 |

## PART III - PERFORMANCE AWARD/QUALITY STEP INCREASE

a. SES - AWARD, BONUS/SALARY INCREASE

| RECOMMENDING OFFICIALS | RATING (1) | SALARY (2) YES / NO | PERFORMANCE AWARD BONUS (3) YES / NO |
|---|---|---|---|
| RATER | | | |
| INTERMEDIATE RATER | | | |
| PERFORMANCE REVIEW BOARD | | | |
| SENIOR RATER | | ES | $ |

b. ST, SL, GM, GS, WS - PERFORMANCE AWARD/QSI
PERCENT OF SALARY (EXCLUDES Locality Pay)      % (OR)
AMOUNT   $                    (OR)
QSI (GS with Successful Level 1 Rating Only - minimum of 52 weeks must have elapsed since last QSI)   TO (Grade/Step):

AWARD APPROVED BY

DATE (YYYYMMDD)        FUND CITE

## PART IV - DUTY DESCRIPTION (Rater)

DAILY DUTIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct: [ ] YES [X] NO

Serves as computer specialist responsible for designing, developing, implementing and maintaining Automated Information Systems (AIS) for business. Manages and serves as Information Systems Security Officer (ISSO). Manages Information Systems (ISS) for ATTC. Manages and serves as Contracting Officer Representative (COR) for ATTC's computer hardware and software maintenance contracts. Serves as alternate Communications Security (COMSEC) Custodian of ATTC's COMSEC account. Analyzes and prepares procurement packages for Automated Information Systems, supplies, licenses and services. Serves as ATTC's Purchasing Officer for all AIS hardware and software. Oversees and coordinates all Information Management Area (IMA) requirements between ATTC and Directorate of Information Management (DOIM).

## PART V - VALUES (Rater)

VALUES
- Loyalty
- Duty
- Respect
- Selfless service
- Honor
- Integrity
- Personal courage

BULLET COMMENTS
o Completely dependable to get a job done
o Committed to doing an excellent job
o Integrity is above reproach

DEFENDANT'S
EXHIBIT NO. 22

CASE NO.
1:05-CV-1196-B

DA FORM 7222, AUG 1998          PREVIOUS EDITION IS OBSOLETE.          USAPA V2.0

## PART VI - PERFORMANCE EVALUATION (Rater)

**a. PERFORMANCE DURING THIS RATING PERIOD**

Comparison of individual objectives against accomplishments and DA-established performance standards resulted in the following objectives ratings:

[X] Excellence 75% or More Obj  
[ ] Excellence 25-74% Obj  
[ ] Success All or Excellence 1-24% Obj  
[ ] Needs Improvement 1 or More Obj  
[ ] Fails 1 or More Obj  

Includes Excellence in Org Mgt/Ldshp OR EEO/AA Obj for supv/mgr    [ ] Yes    [ ] No

**b. BULLET EXAMPLES**

o Prepared all documentation for ISSO function in advance. Made extraordinary effort to comply with main post's requests to change passwords in an unreasonable amount of time.

o Prepared all of the contracts for maintenance and services in advance of the new fiscal year.

o As alternate COMSEC custodian, worked well with the primary custodian in receiving, transferring and destroying COMSEC material. Exhibited excellent management of the COMSEC material.

o Maintained a good working relationship with the main post DOIM. Managed the PIN numbers, calling cards, cell phone and phone system changes.

o Interfaced with DOIM on main post for the timely installation, transfer and removal of telephone and data communications lines.

o Provided excellent and timely support in the issuing transferring and deletion of PINS for phone use.

o Provided excellent and timely support of the telephone calling card and celluar phone administration. Always returned billing certification to DOIM within the time suspense.

## PART VII - INTERMEDIATE RATER (Optional)

BULLET COMMENTS

## PART VIII - SENIOR RATER (if used) or RATER (no senior rater used)

OVERALL PERFORMANCE RATING

[X] 1  
[ ] 2  } SUCCESSFUL  
[ ] 3  
[ ] 4    FAIR  
[ ] 5    UNSUCCESSFUL (MUST Have Senior Rater Review)

## PART IX - SENIOR RATER (if used)

BULLET COMMENTS (Performance/Potential)

o Conscientious in her approach to work

o Always follows through on assignments

o Stays focused on the work at hand

o Excellent organization skills

A completed DA Form 7222-1 was received with this report and considered in my evaluation and review:

[X] YES    [ ] NO (Explain)

REVERSE, DA FORM 7222, AUG 1998    USAPA V2.01