IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUTHIE L. WINDSOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:05-cv-1196-MEF |
| | ) | |
| SECRETARY OF THE ARMY FRANCIS | ) | |
| J. HARVEY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. #14) filed on October 24, 2006, it is hereby ORDERED:

1.    The plaintiff file a response which shall include a brief and any evidentiary materials on or before November 13, 2006.

2.  The defendant may file a reply brief on or before November 20, 2006.

DONE this the 27th day of October, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE