IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>SECRETARY OF THE ARMY FRANCIS )<br>J. HARVEY, )<br>)<br>  Defendant. ) | CASE NO. 1:05-cv-1196-MEF |

## **O R D E R**

This Court's order dated October 27, 2006 set a briefing schedule for the defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. #16). The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.

DONE this the 15th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE