IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR,                    ) | |
| ) | |
| Plaintiff,                                      ) | |
| v.                                                 ) | CASE NO. 1:05-cv-1196-MEF |
| ) | |
| SECRETARY OF THE ARMY FRANCIS ) | |
| J. HARVEY,                                    ) | |
| ) | |
| Defendant.                                   ) | |

# **O R D E R**

It is hereby ORDERED that a hearing is set for December 20, 2006 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama, on the issue of why the attorney of record for plaintiff should not be sanctioned for his pattern of failing to comply with orders of this Court, including this Court's orders in this case (Doc. #10 and #19).

It is further ORDERED that all counsel shall appear in person at the December 20, 2006 hearing.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE