IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: |
| ) | 1:05cv1196-MEF–DRB |
| ) | |
| FRANCIS J. HARVEY, ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION BY PLAINTIFF TO DISMISS

**COMES NOW** the plaintiff and moves this court for an Order dismissing this action on the following grounds:

1. On October 24, 2006, defendant filed a motion for summary judgment on all of plaintiff's claims.

2. Plaintiff has been unable t discover sufficient facts to successfully controvert the motion for summary judgment.

3. Dismissal of this action would be in the best interest of the parties.

                                                                                         Respectfully submitted,

                                                                       /s/ Henry L. Penick
                                                                       Henry L. Penick
                                                                       H. L. Penick & Associates, P.C.
                                                                       319 17th Street North - Ste. 200
                                                                       Birmingham, AL 35203
                                                                       (205) 252-2538

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the foregoing with Clerk of the Court using the CMECF system which will send notification of such filing to the following:

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

                                  /s/ Henry L. Penick