IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTHIE L. WINDSOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-1196-MEF |
| ) | |
| SECRETARY OF THE ARMY FRANCIS ) | (WO-Not for Publication) |
| J. HARVEY, ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

This cause is before the Court on the Motion by Plaintiff to Dismiss (Doc. #21) filed on December 19, 2006. On December 20, 2006, in open court, Defendant joined in this motion, which the Court now construes to be a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(ii). It is hereby ORDERED that the motion is GRANTED. It is further ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 21st day of December, 2006.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE